FILED
US DISTRICT COURT
DISTRICT OF NEBR

JUN 02 2005

OFFICE OF THE C

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRAKA

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES FOR AN ORDER
AUTHORIZING THE RELEASE OF CREDIT
INFORMATION

8:02CR386



SEALED

## ORDER

Upon application of the United States and for good cause shown it is hereby ordered pursuant to the provisions of Title 15, United States Code, Section 1681b (1), that Experian Credit Company, Trans Union Corporation, and Equifax shall furnish to deputies of the United States Marshals Service all available credit information within its possession on Eugene Frank McGuire Social Security Number 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, and last known address 2301 A Street Lincoln, Nebraska 68502. This information should be forwarded within ten days of receipt of this order.

It is further ordered that this order and application be sealed until otherwise ordered by the court and that Experian Credit Company, Trans Union Corporation, Equifax, its agents and employees, shall not disclose the existence of this order or the existence of this investigation to any person, unless or until otherwise ordered by the court.

_____
F. A. Gossett
U.S. Magistrate Judge

___6/2/05___
Date