IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR386** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EUGENE F. McGUIRE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 7).

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 7) is granted; and

2. This case is dismissed.

DATED this 12th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge